Petition for Writ of Mandamus Denied and Memorandum Opinion filed June
16, 2005









Petition for Writ of Mandamus Denied and Memorandum
Opinion filed June 16, 2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00457-CV

____________

 

IN RE JIMENEZ MANUEL ESTEBAN, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On May 12, 2005, relator
filed a petition for writ of mandamus in this court.  See Tex.
Gov=t. Code Ann. ' 22.221 (Vernon 2004); see also Tex. R. App. P. 52. 

Relator has not established that he is
entitled to mandamus relief. 
Accordingly, we deny relator=s petition for writ of mandamus. 

 

PER CURIAM

 

Petition Denied
and Memorandum Opinion filed June 16, 2005.

Panel consists of
Justices Yates, Anderson, and Hudson.